IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PHILLIP RICHARDS,

      Appellant,

 v.

                                      Case No. 5D22-767
                                      LT Case No. 2015-CF-002828

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Phillip Richards, Okeechobee, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and PRATT, JJ., concur.